Sean J. Kirby
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 39th Floor
New York, New York  10112
Telephone:   212.653.8700
Facsimile:    212.653.8701

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD KREISLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>731 RETAIL ONE LLC AND HOME DEPOT U.S.A., INC.<br><br>　　　　　Defendants. | Case No. 1:18-cv-02326-AJN<br><br>**DEFENDANT 731 RETAIL ONE LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant 731 Retail One LLC certifies that it is a privately held limited liability corporation and that Vornado Realty Trust, a publicly held company, has an indirect ownership interest of ten percent or more in 731 Retail One LLC.

DATED:  June 8, 2018　　　　　　　　　　Sheppard Mullin Richter & Hampton LLP


　　　　　　　　　　　　　　　　　　By　_s/ Sean J. Kirby_
　　　　　　　　　　　　　　　　　　　　Sean J. Kirby
　　　　　　　　　　　　　　　　　　　　30 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　　New York, New York 10112
　　　　　　　　　　　　　　　　　　　　Tel:  (212) 653-8700
　　　　　　　　　　　　　　　　　　　　Fax:  (212) 653-8701
　　　　　　　　　　　　　　　　　　　　skirby@sheppardmullin.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant 731 Retail One LLC*

## CERTIFICATE OF SERVICE

      I, Sean J. Kirby, hereby certify that on June 8, 2018, true and correct copies of Defendant 731 Retail One LLC's Rule 7.1 Corporate Disclosure Statement was served upon all counsel of record via the Court's Electronic Case Filing system.

                                                  *s/ Sean J. Kirby*
                                                  Sean J. Kirby